# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CRISTIAN LANTIGUA-SANTANA,　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Case No. 1:26-cv-12951-JEK
　　　　　　　　　Petitioner,　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
ANTONE MONIZ, Superintendent, Plymouth )
County Correctional Facility,　　　　　　)
DAVID WESLING, ICE New England　　　)
Field Office Director,　　　　　　　　　)
DAVID VENTURELLA, Acting Director U.S. )
Immigrations and Customs Enforcement,　)
MARKWAYNE MULLIN, U.S. Secretary　)
of Homeland Security,　　　　　　　　　)
TODD BLANCHE, Acting　　　　　　　　)
U.S. Attorney General,　　　　　　　　　)
DONALD J. TRUMP, President of the United )
States,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Respondents.　　　　)
　　　　　　　　　　　　　　　　　　　)

## PETITIONER'S MOTION TO ENFORCE COURT'S JULY 6, 2026 ORDER

Petitioner Cristian Lantigua-Santana respectfully moves to enforce this Court's July 6, 2026 habeas order, which stated that "[t]he respondents are ORDERED to provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a) within 7 days of this Order." Doc. 7. The Court ruled that "[n]oncitizens like Lantigua-Santana 'detained under Section 1226(a) have the right to request a bond hearing before an Immigration Judge, at which the government bears the burden to prove that continued detention is justified.'" *Id*. (quoting *Sampiao v. Hyde*, 799 F. Supp. 3d 14, 19-20 (D. Mass. 2025)). "Bond may be denied only if the government 'either (1) prove[s] by clear and convincing evidence that [the noncitizen] poses a danger to the community or (2) prove[s] by a preponderance of the evidence that [the noncitizen] poses a flight risk.'" *Id*. (quoting *Hernandez-Lara v. Lyon*s, 10 F.4th 19, 41 (1st Cir. 2021)).

1

For the reasons described in the accompanying memorandum of law and exhibits, Respondents failed to comply with this Court's order to provide Petitioner with a constitutionally adequate bond hearing. The Immigration Judge improperly placed the burden of proof to demonstrate that he does not pose a danger to the community. Further, the Immigration Judge used the incorrect legal standards to reach his determination.

Therefore, Petitioner respectfully requests that this Court order Respondents to provide Petitioner with a new bond hearing that complies with the requirements of 8 U.S.C.A. § 1226(a), *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), and the Due Process Clause of the Fifth Amendment.

Undersigned Counsel conferred with Respondent's counsel as required by Local Rule 7.1. Respondents oppose the instant motion.

Dated: July 29, 2026                                    Respectfully submitted,

                                                        */s/ Shantanu Chatterjee*
                                                        Shantanu Chatterjee, Esq.
                                                        BBO No. 698677
                                                        New England Immigration Law
                                                        88 Broad Street, Suite 402
                                                        Boston, MA 02110
                                                        (413)-776-4817 (tel.)
                                                        shaan@newenglandimmigrationlaw.com
                                                        *Counsel for Petitioner*

**LOCAL RULE 7.1 CERTIFICATION**

I, Shantanu Chatterjee, Counsel for Petitioner, hereby certify that the undersigned contacted and

conferred with Respondents' counsel on July 15, 2026, and attempted in good faith to resolve or narrow the issue.

Dated: July 29, 2025                                    Respectfully submitted,


                                                       */s/ Shantanu K. Chatterjee*
                                                       Shantanu Chatterjee, Esq.
                                                       New England Immigration Law
                                                       (413)-776-4817 (tel.)
                                                       shaan@newenglandimmigrationlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Shantanu Chatterjee, Counsel for Petitioner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: July 29, 2025                                    Respectfully submitted,


                                                       */s/ Shantanu K. Chatterjee*
                                                       Shantanu Chatterjee, Esq.
                                                       New England Immigration Law
                                                       (413)-776-4817 (tel.)
                                                       shaan@newenglandimmigrationlaw.com